**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Antonio LOZANO, Claimant–Appellant,**

and

**Property, 3714 Cancun Loop, Webb County, Laredo, Texas, with All Appurtenances and Improvements Thereon, Defendant,**

**Hill Top Farm, Limited, a Texas Limited Partnership,**
**Claimant.**

**No. 02–1626.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Jose Antonio Lozano, Appellant Pro Se. Lynne P. Klauer, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jose Antonio Lozano appeals the district court's order granting summary judgment to the Government in this forfeiture action.

We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Lozano,* No. CA–98–11–1 (M.D.N.C. May 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*